### In the Matter of Steven SPIEGELMAN.

### No. 347 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 23, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of September, 1997, Steven Spiegelman having been suspended from the practice of law in the District of Columbia for a period of one year by Order of the District of Columbia Court of Appeals dated May 8, 1997; the said Steven Spiegelman having been directed on July 2, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Steven Spiegelman is suspended from the practice of law in this Commonwealth for a period of one year, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

### In the Matter of John W. MORRIS.

### No. 351 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 23, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of September, 1997, a Rule having been entered by this Court on July 15, 1997, pursuant to Rule 214(d)(1), Pa.R.D.E., directing John W. Morris to show cause why he should not be placed on temporary suspension and no response having been filed, it is hereby

ORDERED that the Rule is made absolute; John W. Morris is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Gerald E. MALINOWSKI, Respondent.

### No. 363 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 23, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of September, 1997, there having been filed with this Court by Gerald E. Malinowski his verified Statement of Resignation dated August 12, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Gerald E. Malinowski be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.